MARY L. M'CREADY, as Executrix, etc., Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Reported below, 83 Hun, 526.
(Argued February 26, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the January term, 1895, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. N. Bovee, Jr.,* for appellant.

*M'Cready Sykes* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

LE ROY CADY, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

Mem. of decision below, 75 Hun, 612.
(Argued February 26, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles J. Bissell* for appellant.

*James Breck Perkins* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.